UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAQIB KAFEEL,<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>         Defendants. | Case No.  26-cv-00330-RFL<br><br>**ORDER DENYING RENEWED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 9 |

Last week, Saqib Kafeel was denied an *ex parte* temporary restraining order that would restore access to his Apple Books publishing accounts, prohibit deletion of his e-books, and require their return.  (Dkt. No. 8.)  Kafeel has now filed a supplemental declaration, which will be construed as a further motion for an *ex parte* temporary restraining order.  (Dkt. No. 9.)  He seeks a narrowed order that would require only "preservation and export of my Publisher Material."  (*Id.* ¶ 6.)  But Kafeel fails to show a likelihood of irreparable harm for the relief sought in this modified request.  Though he speculates "there is a substantial risk that these materials may be altered or deleted during routine account off-boarding or data-retention processes," Kafeel provides no evidence that alteration or deletion is so imminent that it must be addressed on an emergency basis in a temporary restraining order.  (*See id.* ¶ 5.)  Accordingly, Kafeel's motion is **DENIED** without prejudice to re-raising the issue via a noticed motion for a preliminary injunction.

       **IT IS SO ORDERED.**

Dated: January 22, 2026

_____
RITA F. LIN
United States District Judge

1