UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAQIB KAFEEL,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>            Defendants. | Case No.  26-cv-00330-RFL<br><br>**ORDER REGARDING MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 48 |

Before the Court is Apple's administrative motion for clarification.  (Dkt. No. 48.)  The motion is **GRANTED**.  Apple need not file an answer to Plaintiff's January 12, 2026, complaint (Dkt. No. 1) by June 25, 2026.  Apple shall respond to either Plaintiff's forthcoming amended complaint or, in the event Plaintiff fails to amend by the July 2, 2026, deadline, Plaintiff's January 12 complaint by **July 23, 2026**.  By **June 23, 2026**, Apple shall file either a revised version of Exhibit B redacting Sections II and III (Dkt. No. 48-3 at 3) or a response to Plaintiff's request to strike and for sanctions.

**IT IS SO ORDERED.**

Dated: June 18, 2026

RITA F. LIN
United States District Judge

1